# EXHIBIT 6



<a>


</a>

