# EXHIBIT 7









